Hazel Hodge, defendant in error, v. Harry Allen, plaintiff in error. Gen. No. 33,700.

597

Opinion filed February 24, 1930.
Rehearing denied March 10, 1930.

William H. Haynes, for plaintiff in error. Frank & Shomberg, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.